RECEIVED
IN MONROE, LA

AUG 16 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| STEVEN ALLEN HASKINS<br>LA. DOC #562947<br>VS. | CIVIL ACTION NO. 3:10-cv-0634<br><br>SECTION P<br><br>JUDGE ROBERT G. JAMES |
| LOUISIANA DEPT. OF PUBLIC SAFETY<br>AND CORRECTIONS, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in this Court's Ruling and the Report and Recommendation of the Magistrate Judge, adopted by this Court, and after consideration of the entire record in this matter, including Plaintiff's objections,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights Complaint be DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

MONROE, LOUISIANA, this __15__ day of August, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE